IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant. | C.A. No. 15-497-RGA |

**NOTICE OF NAME CHANGE AND**
**UNOPPOSED MOTION TO AMEND CASE CAPTION**

Defendant hereby informs the Court that Hewlett-Packard Company changed its name to HP Inc. as set forth in the Certificate of Amendment to the Certificate of Incorporation, attached as Exhibit A. Defendant moves for an order amending the caption of this matter to reflect the name change. The parties conferred in accordance with Local Rule 7.1.1, and Plaintiff Papst Licensing GmbH & Co. KG does not oppose the relief requested.

*Of counsel:*

Charlene M. Morrow
Hector J. Ribera
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
cmorrow@fenwick.com
hribera@fenwick.com

/s/ *Travis S. Hunter*
William J. Wade (#704)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Hewlett-Packard Company*

Bryan A. Kohm
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
(415) 875-2300
bkohm@fenwick.com

Dated:   November 18, 2015